IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:            January 10, 2008
Courtroom Deputy:   J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-02643-RPM

| | |
|---|---|
| STUART CHASE VAN WAGENEN AS TRUSTEE FOR THE AGNES CULLEN ARNOLD ESTATE TRUST FOR RUSSELL SCOTT III, dba The ACA Trust for Russell Scott III and STUART CHASE VAN WAGENEN AS TRUSTEE FOR THE RUSSELL SCOTT III 1959 TRUST, | Jeffrey H. Sachs |

    Plaintiffs,
v.

| | |
|---|---|
| YEOWZAA CORPORATION., a Florida corporation, and R. SCOTT BROWN, | David Palmer<br>Tyler D. Coombe |

    Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**10:00 a.m.**    **Court in session.**

Court's preliminary remarks.

**ORDERED:   David Palmer's appearance entered as counsel for defendants.**

Court's comments regarding the procedural filing history of this case.

Statements and argument by Mr. Palmer.
Argument by Mr. Sachs.

Mr. Palmer agrees to consent to waiver of service and defendants accept service.
Mr. Sachs agrees to consent.

**ORDERED:   Defendants' Motion to Dismiss Plaintiff's Complaint for Insufficient Service of Process Pursuant to Rule 12(b)(5), filed 12/27/2007 [5], is denied. Defendants have to February 11, 2008 to file an answer.**

**10:12 a.m.**    **Court in recess.**

Hearing concluded.  Total time: 12 min.