IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02643-RPM-BNB

STUART CHASE VAN WAGENEN, AS
TRUSTEE FOR THE AGNES CULLEN ARNOLD
ESTATE TRUST FOR RUSSELL SCOTT III,
d/b/a The ACA Trust for Russell Scott III; and
STUART CHASE VAN WAGENEN, AS
TRUSTEE FOR THE RUSSELL SCOTT 1959
TRUST, d/b/a The 1959 Trust for Russell Scott III,

Plaintiffs,

v.

YEOWZAA CORPORATION; and R. SCOTT
BROWN,

Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Upon review of the parties' Stipulated Motion to Dismiss Plaintiff's Complaint, it is

ORDERED that the parties' Stipulated Motion to Dismiss Plaintiff's Complaint is

GRANTED. Plaintiff's Complaint is hereby dismissed with prejudice, and each party shall pay

its own attorneys' fees and costs.

Dated this 3rd day of March, 2008.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge